FILED '09 NOV 03 08:18 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EDWARD J. CAVIN,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF OREGON DEPARTMENT OF<br>JUSTICE DIVISION OF CHILD<br>SUPPORT,<br><br>        Defendant. | Civil No. 09-6248-TC<br><br>ORDER |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on September 16, 2009, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore</u>

1    - ORDER

Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed September 16, 2009, in its entirety. Plaintiff's complaint is dismissed with prejudice as frivolous and for failure to state a claim because the only named defendant is absolutely immune from suit in federal court.

IT IS SO ORDERED.

DATED this **2nd** day of **Nov.**, 2009.

_Michael R. Hogan_
UNITED STATES DISTRICT JUDGE

2    - ORDER